BENJAMIN NEWMAN, Respondent, *v.* MEISEL-GALLAND Co., INC., et al., Defendants, and ABRAHAM MESKIN et al., Appellants.

(Argued March 2, 1933; decided April 11, 1933.)

*Leonard Acker* for Abraham Meskin et al., appellants.
*Ethan R. Kayes* for Hyman Meisel et al., appellants.
*Emanuel S. Cahn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., O'BRIEN, HUBBS and CROUCH, JJ.; CRANE, LEHMAN and KELLOGG, JJ., dissent as to the judgment against the directors and vote to reverse the same and dismiss the complaint as to them.